United States District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW HOWE, | ) |
|                 Plaintiff, | ) CIVIL NO. 3:17-cv-5131 |
| vs. | ) ORDER FOR ATTORNEY'S FEES |
| | ) PURSUANT TO 42 U.S.C. § 406(b) |
| NANCY BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorney's Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $9,810.50 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $8,327.88 that previously were awarded, leaving a net fee of $1,482.62. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $1,482.62, minus any applicable processing fees as allowed by statute

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 1

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Ehalpern7379@gmail.com

1 | DATED this 25th day of June, 2018

_____
James L. Robart
United States District Judge

4 | Presented by:

6 | Elie Halpern
Elie Halpern, WSB No. 1519
7 | Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) - 2

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Ehalpern7379@gmail.com